IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

NEIL WALLACE,

      **Plaintiff,**

v.

FRANK BISIGNANO,
COMMISSIONER OF SOCIAL
SECURITY,

      **Defendant.**

Case No. 25-CV-01244-SPM

# MEMORANDUM AND ORDER

**McGLYNN, District Judge:**

Before the Court is the parties' Agreed Motion to Remand to the Commissioner of Social Security under sentence four of 42 U.S.C. § 405(g). (Doc. 24). A sentence four remand (as opposed to a sentence six remand) depends upon a finding of error, and is itself a final, appealable order. *See Perlman v. Swiss Bank Corp. Comprehensive Disability Prot. Plan*, 195 F.3d 975, 978 (7th Cir. 1999). Upon a sentence four remand, judgment should be entered in favor of the plaintiff. *Shalala v. Schaefer*, 509 U.S. 292, 302–03 (1993).

The parties agree to a judgment reversing the Commissioner's decision under sentence four of § 405(g) and remanding the cause to the Commissioner. (Doc. 24). The parties further agree that the Administrative Law Judge should, on remand, reevaluate Wallace's residual functional capacity; obtain supplemental evidence from a vocational expert to clarify the effect of the assessed limitations on Plaintiff's

occupational base, as necessary; take further action to complete the administrative record; and issue a new decision. (*See id.*).

Wallace applied for Disability Insurance Benefits on August 4, 2023. (*See* Doc. 1, Doc. 12, p. 1). Following a September 10, 2024, hearing, an Administrative Law Judge denied his claim on February 25, 2025. (*See* Doc. 1, Doc. 12, p. 1). Wallace requested review by the Appeals Council, and the Appeals Council concluded on April 9, 2025, that there was no basis to grant the request. (*See* Doc. 1). Plaintiff filed his Complaint in this Court requesting judicial review of the Administrative Law Judge's decision on September 23, 2025. (*Id.*).

For good cause shown, the parties' Agreed Motion to Remand (Doc. 24) is **GRANTED**. The final decision of the Commissioner of Social Security denying Wallace 's application for social security disability benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence, pursuant to sentence four of 42 U.S.C. § 405(g).

The Clerk of Court is directed to enter judgment in favor of Plaintiff.

**IT IS SO ORDERED.**

**DATED:  November 20, 2025**

                                                         *s/ Stephen P. McGlynn*
                                                       **STEPHEN P. McGLYNN**
                                                       **U.S. District Judge**