## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NEIL WALLACE,<br><br>        Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>COMMISSIONER OF SOCIAL<br>SECURITY,<br><br>        Defendant. | Case No. 25-CV-01244-SPM |

## JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Court's Order of November 20, 2025 (Doc. 27), the Commissioner's final decision denying Plaintiff Neil Wallace's application for Disability Insurance Benefits is **REVERSED and REMANDED** to the Commissioner for rehearing and reconsideration of the evidence pursuant to sentence four of 18 U.S.C. § 405(g).

    Judgment is entered in favor of Plaintiff Neil Wallace and against Frank Bisignano, Commissioner of Social Security.

**DATED: November 20, 2025**

                                        MONICA A. STUMP,
                                        Clerk of Court


                                        By: *s/ Jackie Muckensturm*
                                                 **Deputy Clerk**


**APPROVED:** *s/ Stephen P. Mc*Glynn

**STEPHEN P. MCGLYNN**
**U.S. District Judge**