IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| NEIL A. WALLACE, | |
| Plaintiff, | |
| v. | Case No. 25-CV-01244-SPM |
| FRANK BISIGNANO, Commissioner of Social Security, | |
| Defendant. | |

# ORDER FOR ATTORNEY FEES

**McGLYNN, District Judge:**

This matter is before the Court on a Joint Motion to Award Attorney Fees and Expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA") filed by Plaintiff Neil A. Wallace and Defendant Commissioner of Social Security. (*See* Doc. 29). The Parties move for entry of an agreed order granting Wallace $4,859.72 (four thousand eight hundred fifty-nine dollars and seventy-two cents) for attorney fees and expenses in this case. (*Id.*).

The Court finds that Wallace is the prevailing party and is entitled to an award of attorney fees pursuant to the EAJA. The Court further finds that the amount sought is reasonable and appropriate. This award shall fully and completely satisfy any and all claims for fees and expenses that may have been payable to Wallace in this matter pursuant to the EAJA. Per the Parties' agreement, this Motion does not include Wallace's costs, and Wallace may file a separate bill of costs.

The Parties' Joint Motion to Award Attorney Fees and Expenses, (Doc. 29), is **GRANTED**. The Court awards Wallace attorney fees and expenses in the amount of $4,859.72 (four thousand eight hundred fifty-nine dollars and seventy-two cents).

The amount awarded is payable to Wallace and is subject to set-off for any debt owed by Wallace to the United States in accordance with *Astrue v. Ratliff*, 560 U.S. 586 (2010); *see also Harrington v. Berryhill*, 906 F.3d 561 (7th Cir. 2018). Any part of the award that is not subject to set-off to pay Wallace's pre-existing debt to the United States, however, shall be made payable to Wallace's attorney pursuant to the EAJA assignment executed by Wallace. If the Commissioner of Social Security can verify that Wallace does not owe a pre-existing debt to the government subject to the offset, the Commissioner of Social Security will direct that the award be made payable to **Cody Marvin** pursuant to the EAJA assignment duly signed by Wallace. If payment is mailed, as compared to electronically deposited, it shall be mailed to counsel's address of record:

> **Marvin & Associates, P.C.**
> **630 Davis Street, Suite 300**
> **Evanston, IL 60201**

**IT IS SO ORDERED.**
**DATED: March 4, 2026**

> *s/ Stephen P. McGlynn*
> **STEPHEN P. McGLYNN**
> **U.S. District Judge**