## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

NEIL A. WALLACE,

      **Plaintiff,**

v.

                                        **Case No. 25-CV-01244-SPM**

FRANK BISIGNANO,
**Commissioner Of Social Security,**

      **Defendant.**

## ORDER FOR ATTORNEY FEES

**McGLYNN, District Judge:**

This matter is before the Court on Plaintiff's Counsel's Motion for Approval of Attorney's Fees Under 42 U.S.C. § 406(b). (Doc. 31). For good cause shown, **IT IS HEREBY ORDERED** that attorney fees in the total amount of Six Thousand Four Hundred Twenty-Three Dollars and Seventy-Five Cents ($6,423.75) pursuant to 42 U.S.C. § 406(b) be paid in accordance with agency policy.  Upon receipt of payment, Plaintiff's counsel shall refund $4,859.72 in EAJA fees received in this matter to Plaintiff.

**IT IS SO ORDERED.**

**DATED: August 6, 2026**

                                        **STEPHEN P. McGLYNN**
                                        **U.S. District Judge**